# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED

JUN 12 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dan Eliud MONCADA GONZALEZ | ) | Case No. M-19-1367-M |
| YOB: 1996 Citizenship: United States of America | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/11/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422 (b) | Coercian and Enticement of a Minor |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

Approved Michael Mitchell
MM Mitchell 6-12-19

_____
Complainant's signature

John Reinosa HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/12/19

_____
Judge's signature

City and state:   McAllen, Texas

Hon. J. Scott Hacker U.S. Magistrate Judge
Printed name and title

ATTACHMENT "A"

On June 11, 2019, Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) Special Agent (SA) John Reinosa participated in an undercover online enticement investigation on the a social networking application ("the application") and took on the persona of a 13-year-old female child. The application uses the Internet, which is a means of interstate or foreign commerce. SA Reinosa created a post in the area of McAllen, TX on the application.

Shortly after creating the post, SA Reinosa received a response from an application user under the username "slim shaddy" ("the User"). In the ensuing conversation, via the application, SA Reinosa stated that he was a 13-year-old female. The User asked SA Reinosa, posing as the 13 year old female, whether she wanted to have sexual intercourse. The User continued the sexually explicit conversation on the application and sent two images of an erect penis and a picture or screen shot of an adult female performing oral sex on an adult male to SA Reinosa who the user believed to be a 13-year-old minor female.

After the User requested to meet with SA Reinosa, posing as a 13-year-old female child, arrangements were made to meet at a location in McAllen, Texas. User said he would be arriving in a black Jeep, and he would be wearing a blue shirt. The User also sent an image of the black Jeep that he would be arriving in.

Approximately 30 minutes later, a Jeep SUV arrived at the meeting location with a male subject driving. The Jeep was identical to the image the suspected male sent to SA Reinosa, and the driver was a male wearing a blue shirt. Agents immediately approached the Jeep and detained the driver. Agents also seized a cell phone from the driver's floorboard.

The driver, later identified as Dan Eliud MONCADA GONZALEZ (hereinafter MONCADA), was transported to the HSI McAllen office where a post-Miranda interview was conducted. In the interview, MONCADA admitted to sending sexually explicit images and videos of himself to an individual he thought was a 13-year-old female to entice that individual to engage in sexual activity. MONCADA also admitted to driving to the location to meet the 13-year-old female with the intent to engage in sexual activity, and admitted he was the person utilizing the username "Slim Shaddy" on the application.

If MONCADA had sex with a 13-year-old child, he could have been charged with aggravated sexual assault in violation of the Texas Penal Code 22.021.